# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ABENGOA, S.A., ET AL. | : | Chapter 15 |
| | : | Case No. 16-10754 (KJC) |
| Debtors. | : | BAP No. 16-26 |
| _____ | : | |
| | : | |
| FIDELITY & DEPOSIT CO. OF | : | |
| MARYLAND et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 16-346-LPS |
| | : | |
| ABENGOA, S.A., | : | |
| | : | |
| Appellee. | : | |

## RECOMMENDATION

At Wilmington this **31st** day of **May, 2016**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.  This matter involves an appeal from the Bankruptcy Court's Recognition Order by the Sureties which recognized the proceeding filed by Abengoa (the foreign debtors in jointly administered chapter 15 cases) as a foreign main proceeding under 11 U.S.C. § 1517 and imposed an automatic stay under 11 U.S.C.

§ 362 regarding Abengoa's assets located within the territorial jurisdiction of the United States consistent with 11 U.S.C. § 1520.  In the present appeal, the Sureties seek reversal of the Recognition Order.

The Sureties and the Abengoa entities are currently engaged in litigation in various state and federal courts and the Spanish Proceeding. This appeal, albeit important, is part of a very large puzzle.  Throughout the litigation, counsel for both interests have engaged in productive negotiations, but do not believe a global resolution could be accomplished in mediating this appeal.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties are advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.  It is not believed that objections will be filed since removal from mandatory mediation was jointly requested by the parties.

The parties request that the briefing scheduled be determined by the application of Rule 8018(a) of the Federal Rules of Bankruptcy Procedure once the record on appeal is complete, and the clerk has docketed a notice pursuant to Rule 8010(b)(3) that the record has been transmitted or is available electronically.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE